IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ENRIQUE ZAMORA SANCHEZ,

        Petitioner,                  No. CIV S-06-2503 GEB KJM P

    vs.

JAMES TILTON, et al.,

        Respondents.            ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

        The application attacks a conviction issued by the Santa Cruz County Superior Court. While both this Court and the United States District Court in the district where petitioner was convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Santa Cruz County. Id. at 499 n.15; 28 U.S.C. § 2241(d).

/////

/////

/////

/////

1

(HC)Sanchez v. California Department of Corrections et al     Doc. 3

Dockets.Justia.com

1  Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this
2  matter is transferred to the United States District Court for the Northern District of California.
3  DATED: November 20, 2006.

_____
U.S. MAGISTRATE JUDGE

/bb
sanc2503.108